UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  James and Tracy Hartzheim                Chapter 13
                Debtor(s).                       Case No. 10-27720-SVK

VOLUNTARY MOTION TO DISMISS CASE UNDER SECTION 1307(b)

The Debtors, by their attorney, represent and state as follows:

1. The Debtors filed a petition under Chapter 13 on May 7, 2010. This was case number 10-27720-SVK.

2. Due to circumstances that were not foreseen at the time of the filing, the debtors are no longer able to comply with the Chapter 13 plan and do not desire to modify the plan.

3. The Chapter 13 case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

4. Under Section 1307(b) of the Bankruptcy Code, the debtors are entitled to have this Chapter 13 case dismissed at any time, and the debtors, by this motion, respectfully request that such case be dismissed and the estate be closed as soon as possible.

WHEREFORE, the Debtors, pursuant to Rule 1017(d) of the Rules of Bankruptcy Procedure, moves this honorable court to enter an order dismissing this case and close the estate as soon as practicable.

Dated at Milwaukee, Wisconsin this 20th day of August, 2013.

Judith L. DuSell State Bar No. 1032298
Attorney for Debtor

Law Offices of Whitten and DuSell, LLC
3333 N. Mayfair Road, Suite 212
Wauwatosa, WI. 53222
P: 414-431-0007; F: 414-431-0038

James Hartzheim, Debtor

Tracy Hartzheim, Joint Debtor